IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 17cr120 |
| EMMA SEMLER | : |

FILED
MAR 0 8 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 8th day of March, 2017, Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, and Faithe M. Taylor, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney

_____
FAITHE M. TAYLOR
Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

        v.       :       CRIMINAL NO. 17cr120

EMMA SEMLER       :

FILED
MAR 0 8 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 8th day of March, 2017, on motion of Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*Lynne A. Sitarsh*
United States Magistrate Judge