AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
EASTERN District of PA

United States of America
v.

EMMA SEMLER
*Defendant*

Case No. 17-120

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EMMA SEMLER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:841 DISTRIBUTION OF HEROIN - 1 COUNT
21:860 DISTRIBUTION OF CONTROLLED SUBSTANCE WITHIN 1,000 FEET OF A PLAYGROUND - 1 COUNT
18:2 AIDING AND ABETTING

Date: 03/08/2017

KIRK KOPACZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 3-8-17, and the person was arrested on *(date)* 3-23-17
at *(city and state)* Ph.

Date: 3-23-17

DEA
*Arresting officer's signature*

*Printed name and title*