IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 17-120 |
| EMMA SEMLER | : | |

### GOVERNMENT'S REQUESTED *VOIR DIRE*

The United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and A. Nicole Phillips and Randall P. Hsia, Assistant United States Attorneys for the Eastern District of Pennsylvania, respectfully requests the Court to ask the following questions during the *voir dire* of the jury panel:

1. The defendant in this case, Emma Semler, is charged with distributing a controlled substance, the use of which resulted in death, and distributing, within 1,000 feet of a playground, a controlled substance, the use of which resulted in death. Do you know anything at all about the facts of this case?

2. Have you heard anything about this case since you arrived at the courthouse? Has anyone seen, heard, or read anything about this case on radio or television, or in the newspapers or on the Internet?

3. If you have heard anyone talk about this case, or if you have seen or heard anything on television, radio or the Internet about this case, have you formed opinions about it?

4. Do you think that your verdict would be affected by anything that you may have heard or read about this case?

5. Do you know the defendant or do you, or any member of your immediate family, or any close friend, have any connection of any kind with her?

6. Do you know Counsel for the government, A. Nicole Phillips and Randall P. Hsia, or Counsel for the defendant, *[name]*?

7. Has any lawyer in this case ever acted as your attorney, or as the attorney for any of your immediate family members or close friends, to your knowledge?

8. Among the individuals who may be called to testify by the government and by the defense are: **[read attached list]**. Do any of you know personally, or have dealings with, any of these people or their families?

9. This case relates to events occurring in the Kentucky Fried Chicken restaurant in the 6100 block of Lancaster Avenue in Philadelphia. Has anyone seen, heard or read anything about this area? Do you or any member of your family, or any close friend, live in or near this area?

10. Do you have any opinions about drug laws that would make you unable to decide this case on the evidence presented and the law as stated by the Court? For example, does anyone here view violations of drug laws as "victimless crimes."

11. Do you believe that individuals should be permitted to possess drugs for their own use?

12. Do you have such negative feelings about drugs that you would be unable to evaluate the evidence fairly as to the defendant?

13. Have you, or has any member of your family or close friend, used any drugs, been addicted to drugs, or been placed in a drug treatment program?

14. Has any member of your family or close friend(s), ever experienced a drug overdose?

15. If so, was that overdose fatal?

16. Does anyone have any opinions, religious beliefs, philosophies, or prejudices which might make you unable to come to a fair and impartial verdict in this case? For example, do you believe that no person should ever be judged or convicted?

17. Does anyone believe that a person is guilty just because she is here in court?

18. Would any of you believe a witness just because s/he testifies on behalf of the government? Would any of you believe a witness just because s/he testifies on behalf of the defense?

19. Would any of you believe a witness just because s/he is a law enforcement officer? Would any of you not believe a witness just because s/he is a law enforcement officer?

20. Would the religion, race, color, sex, or ethnic background of a witness influence whether you believe his or her testimony?

21. The defendant in a criminal case is allowed to testify if she wishes, but is never required to testify. Under the law, jurors are not allowed to hold against the defendant because she chooses not to testify. Could you follow this rule?

22. Have you had any training in law? If so please describe. Are any members of your family, close friends, or work associates attorneys? If so, what type of law do they practice?

23. Have you ever been a juror before? If yes, where, when, and was it a civil or criminal case? Did the jury in that case reach a verdict?

3

24. Have you or any member of your family, or close friend, ever been the victim of a crime or charged with a crime? If yes, please explain at sidebar.

25. Have you otherwise been involved in a criminal case as a witness or in some other capacity? If yes, please explain at sidebar.

26. If you or any member of your family, or any close friend, were the victim of a crime, was anyone arrested or prosecuted for the crime? Were you satisfied with the way the police, the lawyer, and the courts handled the case?

27. Do you, or does any member of your family or close friend, have any involvement with the United States government, the Drug Enforcement Administration, the United States Attorney's Office, or any other federal law enforcement agency?

28. Have you ever had, or do you anticipate having, any claim or dispute with or against the United States government?

29. Are you now, or have you ever been, in military service or employed by the United States government in any capacity? If yes, please have juror explain at sidebar.

30. Has any member of your family, or any close friend, been in military service or employed by the United States government? If yes, please explain at sidebar.

31. Do you, or does any member of your family or close friend, have any involvement with the Philadelphia Police Department? Have you, or has any member of your family, or close friend, ever worked as a law enforcement officer, or for any law enforcement agency or private security agency? If yes, please explain.

32. Do you have a problem with your hearing, your eyesight, or any other physical disability, which would in any manner prevent you from either hearing or seeing the evidence presented at trial?

33. Are you taking any medication that might interfere with your ability to concentrate, understand, consider, and weigh the evidence in this case?

34. Do you have any physical, emotional or psychological issues that would prevent you from sitting on a jury and rendering a fair and impartial verdict?

35. Do you have a sufficient understanding of the English language to allow you to read the exhibits introduced into evidence and to understand the testimony of the witnesses?

36. If you were representing the government or the defendant in this case, is there any reason why you would not be content to have the case decided by someone in your frame of mind?

37. Is there any matter pending in your life, about which you are so concerned, that it would prevent you from devoting your full, undivided attention to this trial?

38. If you are selected to sit on this case as a juror, will you be willing and able to render a verdict based solely on the evidence presented at the trial and the law as I give it to you in my instructions, regardless of any other ideas or personal beliefs about the law you may have?

39. Can you think of any other matter which you should call to the Court's attention which might have some bearing on your qualifications as a juror, or which may prevent

your rendering a fair and impartial verdict based solely upon the evidence and my instructions on the law?

                                            Respectfully submitted,

                                            WILLIAM M. MCSWAIN
                                            United States Attorney

                                            */s/ A. Nicole Phillips*
                                            A. NICOLE PHILLIPS
                                            RANDALL P. HSIA
                                            Assistant United States Attorneys

Date: July 2, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Government's Requested Questions for Voir Dire has been served by me this date, by email or electronic filing upon the following person:

*Counsel for Emma Semler*
Lynanne B. Wescott
The Wescott Law Firm P.C.
1221 Locust Street
Philadelphia, PA 19107-5570
Email: lwescott@westlaw.net

A. NICOLE PHILLIPS
RANDALL P. HSIA
Assistant United States Attorneys

Date: July 2, 2018