IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | |
| **EMMA SEMLER** | : | **NO. 17-120** |

## ORDER

**AND NOW**, this 30th day of August, 2021, upon consideration of the Defendant Semler's Motion For Release Pending Appeal (Doc. No. 201), the Government's Response In Opposition (Doc. No. 203) and Defendant Semler's Reply To Response To Motion For Release Pending Appeal And Retrial (Doc. No. 204), for the reasons discussed in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

*s/Gene E. K. Pratter*

_____
**GENE E.K. PRATTER**
**United States District Judge**