IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: April 21, 2022 |
| vs. | : | |
| | : | |
| EMMA SEMLER | : | CRIMINAL NO. 17-120 |
| USM No. 75929-066 | | |
| FDC Philadelphia | | |
| P.O. Box 562 | | |
| Philadelphia, PA 19105 | | |

## NOTICE OF HEARING

    **TAKE NOTICE** that the above-named defendant has been scheduled for **HEARING RE: DEFENDANT'S NOTICE OF WITHDRAWAL OF GUILTY PLEA AND SCHEDULING HEARING** on **April 26, 2022** at **3:00 P.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

                                              Michael Coyle,
                                              Deputy Clerk to Judge Pratter

                                      Notice to:
                                          Defendant
                                          Mark E. Cedrone, Esq., Defense Counsel
                                          Everett R. Witherell, A.U.S.A.
                                          Kelly M. Harrell, A.U.S.A.
                                          U.S. Marshal
                                          Probation Office
                                          Pretrial Services
                                          Interpreter Coordinator