IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: April 29, 2022 |
| vs. | : | |
| | : | |
| EMMA SEMLER | : | CRIMINAL NO. 17-120 |
| USM No. 75929-066 | | |
| FDC Philadelphia | | |
| P.O. Box 562 | | |
| Philadelphia, PA 19105 | | |

**NOTICE OF HEARING**

  **TAKE NOTICE** that the above-named defendant has been scheduled for **JURY TRIAL** on **November 28, 2022** at **10:00 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

                Michael Coyle,
                Deputy Clerk to Judge Pratter

           Notice to:
            Defendant
            Mark E. Cedrone, Esq., Defense Counsel
            Everett R. Witherell, A.U.S.A.
            Kelly M. Harrell, A.U.S.A.
            U.S. Marshal
            Probation Office
            Pretrial Services
            Interpreter Coordinator