IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EMMA SEMLER** | : | **NO. 17-120** |

## O R D E R

**AND NOW**, this 26th day of April, 2022, for the reasons stated on the record at the hearing on April 26, 2022, and with the agreement of defendant and counsel, the Court finds pursuant to 18 U.S.C. § 3161 (h)(7)(A),(B), that (1) the above action cannot proceed to trial must be continued because, given the arguments for continuance presented to the Court, the failure to continue the trial date would likely make such proceeding impossible or would result in a miscarriage of justice; and, therefore, (2) the ends of justice served by this continuance outweigh the other interests of the public and the defendant in a speedy trial commencing on the date previously set.

Accordingly, it is hereby **ORDERED** that the trial in this matter is set for November 28, 2022 at 10:00 a.m. The period from the date of this Order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS FURTHER ORDERED** that all pre-trial motions of all parties shall be filed and served on or before June 27, 2022. Responses to such motions shall be filed and served on or before July 11, 2022.

**IT IS FURTHER ORDERED** that on or before November 14, 2022, the parties shall file and serve:

> 1. Proposed jury voir dire questions
>
> 2. Proposed jury instructions with citation of authority for each instruction

(ONE (1) instruction PER PAGE). If a model jury instruction taken, for instance, from the

published Third Circuit Model Instructions or from O'Malley, Grenig & Lee, <u>Federal Jury Practice and Instructions</u>, or Sand, <u>Modern Federal Jury Instructions</u>, is submitted, the parties shall state whether the proposed jury instruction is unchanged or modified from the standard text form. If a party modifies a model jury instruction, the modification shall be set forth in the following manner with additions underlined and deletions placed in brackets;

    3. Proposed verdict slip;

    4. Trial memorandum; and,

    5. One (1) copy of all materials identified in Paragraphs 1, 2, 3, and 4 above shall be served on the Court (Chambers, Room 10613) when the originals are filed.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge