IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **DATE FILED:** |
| **EMMA SEMLER** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 843(b)** (use of communication device to facilitate a drug offense – 2 counts) |
| | : | **21 U.S.C. § 844(a)** (possession of a controlled substance) |
| | | **Notice of forfeiture** |

## SUPERSEDING INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 9, 2014, at approximately 5:37 P.M., in the Eastern District of Pennsylvania, defendant

**EMMA SEMLER,**

knowingly and intentionally used a communication facility, that is, Facebook, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841, that is distribution of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 9, 2014, at approximately 6:42 P.M., in the Eastern District of Pennsylvania, defendant

**EMMA SEMLER,**

knowingly and intentionally used a communication facility, that is, Facebook, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841, that is distribution of heroin, a Schedule I controlled substance, in violation of Title 21 United States Code Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b).

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 9, 2014, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EMMA SEMLER,**

knowing and intentionally possessed heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 844(a).

## NOTICE OF FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

As a result of the violations of Title 21, United States Code, Sections 843(b) and 844(a) set forth in this superseding information, defendant

### EMMA SEMLER

shall forfeit to the United States of America:

1.   (a)  any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses; and

    (b)  any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

*[signature]*

**JACQUELINE C. ROMERO**
**United States Attorney**