UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 17- 120 |
| : | |
| EMMA SEMLER : | |

**<u>ORDER</u>**

AND NOW, this 8th day of December, 2022, upon consideration of Defendant's Motion for Consolidated Plea and Resentencing Proceedings (Doc. No. 259), and the Government's consent thereto, and for good cause shown, IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that both the change of plea and sentencing in this case shall occur on, January 30, 2023 at 10:00 a.m. in Courtroom 10B in the U.S. Courthouse, 601 Market Street, Philadelphia, PA.

IT IS FURTHER ORDERED that

1. The United States Attorney Jacqueline C. Romero shall attend the proceedings in person.

2. The United States Probation Department shall provide a supplement to its previous report(s) concerning Emma Semler in this CR. No 17-120 to address any matters considered by the Probation Department to be germane to the matters extant, such supplement to be provided to defense counsel, to counsel for the Government and to the Court no less than twenty-one (21) days prior to January 30, 2023, or such other date as may be set, if necessary, in this case. Any objections to the supplement shall be disclosed, to the Probation Officer, to other counsel and to the Court within fourteen (14) days of the issuance of the supplement.

3. Any objections to the procedure outlined in this Order may be expressed to the

1

Court in writing or orally at the commencement of the proceedings on January 30, 2023.

BY THE COURT:

*signature*

GENE E. K. PRATTER
United States District Judge