IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 10, 2023 |
| vs. | : | |
| | : | |
| EMMA SEMLER | : | CRIMINAL NO. 17-120 |
| USM No. 75929-066 | | |
| FDC Philadelphia | | |
| P.O. Box 562 | | |
| Philadelphia, PA 19105 | | |

**NOTICE OF HEARING**

  **TAKE NOTICE** that the above-named defendant has been scheduled for **GUILTY PLEA and SENTECING** on **February 10, 2023** at **10:00 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A            interpreter will be required for the defendant.
☒ **Hearing rescheduled from:** January 30, 2023

For additional information, please contact the undersigned.

              Michael Coyle,
              Deputy Clerk to Judge Pratter

            Notice to:
              Defendant
              Mark E. Cedrone, Esq., Defense Counsel
              Everett R. Witherell, A.U.S.A.
              Kelly M. Harrell, A.U.S.A.
              U.S. Marshal
              Probation Office
              Pretrial Services
              Interpreter Coordinator