IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 17CR-120 |
| EMMA SEMLER | : | |

**ORDER**

AND NOW, this 8 day of June, 2023 upon consideration of the government's Motion to Dismiss the indictment filed on March 8, 2017, in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the indictment filed on March 8, 2017, is DISMISSED, based upon the observations of the Court stated on the record on February 10, 2023.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
Judge, United States District Court